**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANDERSON, et al., | ) CASE NO. CV 15 – 9289 – JFW (JCx) |
| Plaintiffs, | ) **ORDER RE STIPULATION FOR** |
| vs. | ) **ORDER DISMISSING PLAINTIFF'S** |
| | ) **FEDERAL CAUSES OF ACTION AND** |
| COUNTY OF LOS ANGELES, et al., | ) **REMANDING THE CASE TO STATE** |
| | ) **COURT** |
| Defendants. | ) |

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Plaintiffs federal causes of action identified as follows: (1) First Cause of Action for Violation of Civil Rights – 42 U.S.C. § 1983 (Fourth Amendment); (2) Second Cause of Action for Violation of Civil Rights – 42 U.S.C. § 1983 (Municipal Liability); and, Third Cause of Action for Violation of Civil Rights – 42 U.S.C. § 1983 (Substantive Due Process) are hereby dismissed with prejudice. Pursuant to 28 U.S.C. § 1367, it is further ordered that Plaintiffs shall have 30 days from the entry date of this order to re-file the matter in the California Superior Court.

As such, the parties, through their attorneys of record, respectfully request that

this court issue an order permitting Plaintiffs to dismiss the above federal causes of action as against defendants COUNTY OF LOS ANGELES and KARLOS MILLAN and permit plaintiffs to re-file the case in the California Superior Court within thirty (30) days of the entry of said order.

    IT IS SO ORDERED.

Dated: September 16, 2016

                                                _____
                                                Hon. John F. Walter

**ORDER RE STIPULATION FOR ORDER DISMISSING PLAINTIFF'S FEDERAL CAUSES OF ACTION AND REMANDING THE CASE TO STATE COURT**